■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK BOULWARE, Appellant. [888 NYS2d 882]

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its rejection of defendant's testimony that each of the two incidents was a drug-related transaction instead of a robbery.

We perceive no basis for reducing the sentence. Concur—Saxe, J.P., Friedman, Acosta, Renwick and Abdus-Salaam, JJ.